UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER,<br><br>          Plaintiff,<br><br>    v.<br><br>SIMON CHAN, et al.,<br><br>          Defendants. | No. 2:23-cv-00718-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 6) |

Plaintiff Liam Meyer is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute this action, failure to comply with a court order, and failure to state a cognizable claim. (Doc. No. 6.) Specifically, Plaintiff has failed to comply with the court's order dated October 2, 2024, in which Plaintiff's complaint was dismissed due to his failure to state a cognizable claim and Plaintiff was directed to file a first amended complaint within thirty (30) days. (Doc. No. 3.) Plaintiff did not thereafter file a first amended complaint. Consequently, the assigned magistrate judge issued an order to show cause on November 19, 2024, directing Plaintiff to explain why the court should not dismiss the case due to his failure to file an amended

complaint or notify the court of his intent to not file an amended complaint. (Doc. No. 5.) Plaintiff did not thereafter file a response to the order to show cause or otherwise communicate with the court.

The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 6 at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 13, 2024 (Doc. No. 6) are adopted in full;
2. This action is dismissed without prejudice, due to Plaintiff's failure to prosecute this action, failure to comply with a court order, and failure to state a cognizable claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 13, 2025**

Dena Coggins
United States District Judge

2