# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**LIAM MEYER ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:23–CV–00718–DC–JDP**

v.

**SIMON CHAN , ET AL. ,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/13/2025 .**

ENTERED:  **January 13, 2025**      /s/  **Keith Holland**_____

Clerk of Court